Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant
Wells Fargo Bank, N.A.
(incorrectly sued as Wells Fargo Card Services
and Wells Fargo Financial Cards)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RILEY L. WILLIAMS,<br><br>               Plaintiff,<br><br>vs.<br><br>WELLS FARGO CARD SERVICES;<br>WELLS FARGO FINANCIAL CARDS;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>               Defendants. | Case No. 2:17-cv-01655-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

It is hereby stipulated by and between Plaintiff Riley L. Williams ("Plaintiff"), through his attorneys, Haines & Krieger, and Defendant Wells Fargo Bank, N.A., incorrectly sued as Wells Fargo Card Services and Wells Fargo Financial Cards ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed his Complaint on June 14, 2017 [Docket No. 1]. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo shall have until **July 28, 2017**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that the parties may discuss settlement.

| | |
|---|---|
| Dated June 28, 2017 | |
| HAINES & KRIEGER, LLC<br><br>By: */s/ Rachel B. Saturn*<br>David H. Krieger, Esq.<br>Rachel B. Saturn<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Riley L. Williams* | Snell & Wilmer L.L.P.<br><br>By: */s/ Tanya N. Lewis*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*(incorrectly sued as Wells Fargo Card*<br>*Services and Wells Fargo Financial Cards)* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before July 28, 2017.**

**IT IS SO ORDERED.**

_____
Cam Ferenbach
United States Magistrate Judge
             June 28            , 2017.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

On June 28, 2017, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

4830-6456-0203