Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

Attorneys for Defendant Equifax Information Services LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RILEY L. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO CARD SERVICES; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01655-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff Riley L. Williams has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including **August 16, 2017**. Plaintiff and Equifax are actively engaged in

///

///

///

///

///

4851-2824-4812

settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 2nd day of August, 2017.

SNELL & WILMER LLP

By: /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Equifax Information Services LLC*

HAINES & KRIEGER, LLC

By: /s/ David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
8-2-2017
DATED: _____

- 2 -

4851-2824-4812

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 2nd day of August, 2017, via electronic service through EC/CMF, upon:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

By: /s/ Gaylene Kim
An employee of Snell & Wilmer LLP

4851-2824-4812