Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RILEY L. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO CARD SERVICES; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01655-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(THIRD REQUEST)** |

　　　　Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the *First Amended* Complaint in this matter, to which Plaintiff Riley L. Williams has no opposition. Equifax's Second Request was filed prior to receiving Plaintiff's First Amended Complaint in this matter. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including **September 12, 2017**. Plaintiff and Equifax are

///

///

4819-5826-8238

engaged in settlement discussions. The additional time to review and consider the amended allegations in the First Amended Complaint will facilitate these discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 30th day of August, 2017.

SNELL & WILMER LLP

By: /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Equifax Information Services LLC*

KNEPPER & CLARK LLC

By /s/ Matthew Knepper, Esq.
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff*

IT IS SO ORDERED:

United States Magistrate Judge

DATED: 8-30-2017

- 2 -

4819-5826-8238