1 | Jason G. Revzin
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
COUNSEL FOR DEFENDANT TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| RILEY L. WILLIAMS, | Case No. 2:17-cv-01655-RFB-VCF |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| v. | |
| WELLS FARGO CARD SERVICES, WELLS FARGO FINANCIAL CARDS, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION, LLC, | |
| Defendants. | |

COMES NOW Plaintiff Riley L. Williams ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On August 13, 2017, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 5, 2017. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until October 5, 2017. This is the first

/ / /

/ / /

4824-5602-1326.1                                                                                                              1

| | |
|---|---|
| 1 | stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. |
| 2 | DATED: September 1, 2017. |
| 3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 4 | |
| 5 | /s/ Jason G. Revzin |
| | Jason G. Revzin |
| 6 | Nevada Bar No. 8629 |
| | 6385 South Rainbow Blvd., Suite 600 |
| 7 | Las Vegas, NV 89118 |
| | Telephone: (702) 893-3383 |
| 8 | Facsimile: (702) 893-3789 |
| | Email: jason.revzin@lewisbrisbois.com |
| 9 | Counsel for Trans Union LLC |
| 10 | |
| 11 | **KNEPPER & CLARK LLC** |
| 12 | |
| 13 | /s/ Miles N. Clark |
| | Matthew I. Knepper |
| 14 | Nevada Bar No. 12796 |
| | Miles N. Clark |
| 15 | Nevada Bar No. 13848 |
| 16 | 10040 W. Cheyanne Ave., Suite 170-109 |
| | Las Vegas, NV 89129 |
| 17 | Telephone: (702) 825-6060 |
| | Facsimile: (702) 447-8048 |
| 18 | Email: matthew.knepper@knepperclark.com |
| | Email: miles.clark@knepperclark.com |
| 19 | Counsel for Plaintiff |

## **ORDER**

IT IS SO ORDERED.

Dated this __5th__ day of __September__, 2017.

_[signature]_

UNITED STATES MAGISTRATE JUDGE

4824-5602-1326.1

2