Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RILEY L. WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO CARD SERVICES; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, <br><br> Defendants. | Case No. 2:17-cv-01655-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(SECOND REQUEST)** |

It is hereby stipulated by and between Plaintiff Riley L. Williams ("Plaintiff"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through its attorneys of record, as follows:

Plaintiff filed her Complaint on August 14, 2016. The deadline for Experian to respond to the Complaint is currently September 19, 2017. Counsel for Experian was retained shortly before the parties filed the first request to extend the response deadline. Plaintiff and Experian stipulate and agree that Experian shall have until September 26, 2017, to file its responsive pleading. This is the parties' second request for an extension of time to respond to the Complaint and is not

intended to cause any delay or prejudice to any party, but rather to accommodate counsel for Experian who is in the process of reviewing the allegations in the Complaint.

Dated: September 18, 2017

KNEPPER & CLARK LLC

By: */s/ Matthew I. Knepper*
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129

David H. Krieger
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

## ORDER

IT IS ORDERED THAT Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or September 26, 2017.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED this 18th day of September, 2017.