1  Jason G. Revzin
   Nevada Bar No. 8629
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
3  6385 S. Rainbow Blvd., Suite 600
   Las Vegas, Nevada 89118
4  Telephone: (702) 893-3383
   Facsimile: (702) 893-3789
5  Email: jason.revzin@lewisbrisbois.com
   **COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RILEY L. WILLIAMS and CAROL I. WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO CARD SERVICES, WELLS FARGO FINANCIAL CARDS, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC, <br><br> Defendants. | Lead Case No. 2:17-cv-01655-RFB-VCF <br><br> Consolidated with: <br> 2:17-cv-02213-KJD-VCF <br><br> **STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE ITS RESPONSES TO PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT** <br> **(FIRST REQUEST)** |

Plaintiffs Riley L. Williams and Carol I. Williams ("Plaintiffs") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Stipulation Extending Defendant Trans Union's Time to File its Responses to Plaintiffs' Motions for Partial Summary Judgment.

On January 2, 2018, Plaintiffs filed their Partial Motions for Summary Judgment. Trans Union's current deadline to file responses to Plaintiffs' Partial Motions for Summary Judgment is January 23, 2018. Trans Union needs additional time to prepare its response to the arguments presented in Plaintiffs' Motions, along with supporting summary judgment evidence.

/ / /

/ / /

Plaintiff has agreed and the parties hereby stipulate to extend the deadline for Trans Union to file its responses to Plaintiffs' Motions for Partial Summary Judgment up to and including January 30, 2018. This is the first extension of time for Trans Union to file its response and the current deadline has not yet expired.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

| | |
|---|---|
| **/s/ Jason G. Revzin** | **/s/ Matthew I. Knepper** |
| Jason G. Revzin | David H. Krieger |
| Nevada Bar No. 8629 | Nevada Bar No. 9086 |
| 6385 South Rainbow Blvd., Suite 600 | Haines & Krieger, LLC |
| Las Vegas, NV 89118 | 8985 S eastern Ave, Suite 350 |
| Email: Jason.revzin@lewisbrisbois.com | Henderson, NV 89123 |
| ***Counsel for Trans Union LLC*** | dkrieger@hainesandkrieger.com |

and

Michael Kind
Nevada Bar No. 13903
Kazerouni Law Group, APC
6069 South Fort Apache Rd, Suite 100
Las Vegas, NV 89148
mkind@kazlg.com

and

Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
Knepper & Clark LLC
10040 W. Cheyanne Ave., Suite 170-109
Las Vegas, NV 89129
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com

and

Sean N. Payne
Nevada Bar No. 13216
Payne Law Firm LLC
9550 S Eastern Ave, Suite 253-A213
Las Vegas, NV 89123
***Counsel for Plaintiff***

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED: _____January 22, 2018._____