Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No.
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
Phone: 702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

Michael Kind, Esq.
Nevada Bar No.
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: 800-400-6808 x7
Fax: 800-520-5523
Email: mkind@kazlg.com

*Attorneys for Plaintiffs*

*///*

[Proposed] Stipulation and Order to Extend Time for Plaintiffs to Respond to Trans Union's Motions to Strike and to File Their Replies in Support of Their Motions for Partial Summary Judgment - 1

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RILEY L. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO CARD SERVICES; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and TRANSUNION, LLC,<br><br>　　　　　Defendants.<br><br>CAROL L. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-01655-RFB-VCF<br>[Consolidated with Case No. 2:17-cv-02213-KJD-VCF]<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO TRANS UNION'S MOTIONS TO STRIKE AND TO FILE THEIR REPLIES IN SUPPORT OF THEIR MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiffs Riley Williams and Carol Williams ("Plaintiffs"), by and through his counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1.　On January 2, 2018, Plaintiff Riley Williams filed his Motion for Partial Summary Judgment Against Trans Union [ECF Dkt. 44].

2.　On January 2, 2018, Plaintiff Carol Williams filed her Motion for Partial Summary Judgment Against Trans Union in Case No. 2:17-cv-002213-KJD-VCF. [ECF Dkt. 24]

3. On January 30, 2018, Defendant Trans Union filed their Responses to Plaintiffs' Motions for Partial Summary Judgment [ECF Dkt. 55 and ECF Dkt. 58] and their Motions to Strike Plaintiff Riley Williams' Motion for Partial Summary Judgment [ECF Dkt. 57] and Motion to Strike Carol Williams' Motion for Partial Summary Judgment [ECF Dkt. 60].

4. Plaintiffs' Replies in Support of their Motions for Partial Summary Judgments are currently due February 13, 2018.

5. Plaintiffs' Responses to Trans Union's Motions to Strike are currently due February 13, 2018.

6. Plaintiffs and Trans Union have stipulated to allow Plaintiffs additional time to file their responses and replies in order to allow for schedule constraints. The Parties accordingly request an extension for Plaintiffs to reply to Trans Union's Responses to Motions for Partial Summary Judgment and respond to Trans Union's Motions to Strike until **February 20, 2018**.

**IT IS SO STIPULATED.**
Dated February 12, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jason Revzin* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyanne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123 | Jason Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br><br>Lauren Wood, Esq.<br>Paul L. Meyers, Esq.<br>STRASBURGER & PRICE, LLP<br>2600 Dallas Parkway, Suite 600<br>Frisco, TX 75034<br>Email: Lauren.Wood@strasburger.com<br>Email: Paul.Myers@strasburger.com<br><br>*Counsel for Defendant Trans Union, LLC* |

[Proposed] Stipulation and Order to Extend Time for Plaintiffs to Respond to Trans Union's Motions to Strike and to File Their Replies in Support of Their Motions for Partial Summary Judgment - 3

dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
Phone: 702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

Michael Kind, Esq.
Nevada Bar No. 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: 800-400-6808 x7
Fax: 800-520-5523
Email: mkind@kazlg.com

*Counsel for Plaintiffs*

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO TRANS UNION'S MOTIONS TO STRIKE AND TO FILE THEIR REPLIES IN SUPPORT OF THEIR MOTIONS FOR PARTIAL SUMMARY JUDGMENT

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated: February 13, 2018.