Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
Phone: 702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

Michael Kind, Esq.
Nevada Bar No. 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: 800-400-6808 x7
Fax: 800-520-5523
Email: mkind@kazlg.com

*Attorneys for Plaintiffs*

*///*

STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SERVICES LLC WITH PREJUDICE - 1

| | |
|---|---|
| RILEY L. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO CARD SERVICES; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and TRANSUNION, LLC,<br><br>　　　　　Defendants.<br><br>CAROL L. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-01655-RFB-VCF<br>[Consolidated with Case No. 2:17-cv-02213-KJD-VCF]<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SERVICES LLC WITH PREJUDICE** |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc., from the above captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 31st day of May, 2018.

STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SERVICES LLC WITH PREJUDICE - 2

| | |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave. Suite 253-A213<br>Las Vegas, NV 89123<br>Email: seanpayne@spaynelaw.com<br><br>Michael Kind, Esq.<br>Nevada Bar No.13903<br>KAZEROUNI LAW GROUP, APC<br>6069 South Fort Apache Road, Suite 100<br>Las Vegas, NV 89148<br>Email: mkind@kazlg.com<br><br>*Counsel for Plaintiff* | /s/ *Andrew J. Sharples*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |
| /s/ *Jason Revzin*<br>Jason Revzin, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br><br>Lauren Wood, Esq. (*Pro Hac Vice*)<br>Paul L. Meyers, Esq. (*Pro Hac Vice*)<br>QUILLING, SELANDER, LOWNDS,<br>WINSLETT @ MOSER, P.C.<br>7800 N. Dallas Parkway<br>Plano, TX 75024<br>Email: lwood@qslwm.com<br>Email: pmyers@qslwm.com<br><br>*Counsel for Defendant Trans Union LLC* | /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* |

STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SERVICES LLC WITH PREJUDICE - 3

# ORDER GRANTING
# STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE

**IT IS SO ORDERED.**


_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of June, 2018.

STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SERVICES LLC WITH PREJUDICE - 4